UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CRIMINAL MINUTES -- CHANGE OF PLEA</u>

Case No.   CR 17-00278-ODW-33                                                    Date: December 3, 2018
=================================================================
PRESENT:   HONORABLE OTIS D. WRIGHT, II, JUDGE

| Sheila English/Rolls Royce Paschal | Terri Hourigan | Jeffrey M Chemerinsky |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

=================================================================
U.S.A. vs (Defendant listed below)              Attorney for Defendant

    33)- Mauricio Eugenio Leiva                       33)- Brian A Newman
    present on bond                                         present appointed

_____
PROCEEDINGS:   **CHANGE OF PLEA**

Court and counsel confer re the change of plea. Defendant moves to change his plea to the Indictment. Defendant now enters a new and different plea of **Guilty to Counts One and Sixteen of the Indictment.** The Court questions the defendant regarding the plea of Guilty and finds a factual and legal basis for the plea; waivers of constitutional rights are freely, voluntarily and intelligently made; plea is provident; plea is accepted and entered.

The Court refers the defendant to the Probation Office for the preparation of a presentence report and continues the matter to <u>December 2, 2019 at 10:00 a.m.</u>, for sentencing. **Position papers are due 2 weeks before the sentencing.**

All dates other than the sentencing hearing date are vacated as to this defendant.

The Court grants defendants request to substitute surety. The Court lifts the drug testing condition.

**Counsel are notified that Federal Rule of Criminal Procedure 32(b)(6)(B) requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, the Court will permit counsel to file such objections no later than twenty-one (21) days before Sentencing. The Court construes "objections" to include departure arguments. Requests for continuances shall be filed or requested no later than twenty-one (21) days before Sentencing. Strict compliance with the above is <u>mandatory</u> because untimely filings impede the abilities of the Probation Office and of the Court to prepare for Sentencing. Failure to meet these deadlines is grounds for sanctions.**

**cc:   P. O. & P. S. A. L. A.**

CR-8 (09/06)                           CRIMINAL MINUTES - CHANGE OF PLEA                       ____ : _47_

                                                                                                 Initials of Deputy Clerk: SE